# LIST OF DECISIONS — NO OPINIONS.

## SUPREME COURT, APPELLATE TERM, MAY, 1897.

Before DALY, P. J., McADAM and BISCHOFF, JJ. Isidor Rosenbluth, Respondent, v. Catharine Haight, Appellant.— Appeal from a judgment in favor of plaintiff and from order denying motion for a new trial. John H. Rogan, for Appellant. Burnham Kalisch, for Respondent. Judgment and order affirmed upon argument.